# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 18-0868V
### Filed: September 16, 2019
UNPUBLISHED

KELLEE MATLOCK,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

Special Processing Unit (SPU);
Damages Decision Based on Proffer;
Influenza (Flu) Vaccine; Shoulder
Injury Related to Vaccine
Administration (SIRVA)

*Leah VaSahnja Durant, Law Offices of Leah V. Durant, PLLC, Washington, DC, for
petitioner.*
*Jeffrey T. Sprague, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On June 19, 2018, petitioner filed a petition for compensation under the National
Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine
Act").  Petitioner alleges that she suffered a shoulder injury related to vaccine
administration ("SIRVA") as a result of the influenza ("flu") vaccine administered on July
14, 2017.  Petition at 1.  The case was assigned to the Special Processing Unit of the
Office of Special Masters.

On July 3, 2019, a ruling on entitlement was issued, finding petitioner entitled to
compensation for SIRVA.  On September 13, 2019, respondent filed a proffer on award

---

[1] The undersigned intends to post this decision on the United States Court of Federal Claims' website.
**This means the decision will be available to anyone with access to the internet.**  In accordance with
Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information,
the disclosure of which would constitute an unwarranted invasion of privacy.  If, upon review, the
undersigned agrees that the identified material fits within this definition, the undersigned will redact such
material from public access. Because this unpublished decision contains a reasoned explanation for the
action in this case, undersigned is required to post it on the United States Court of Federal Claims'
website in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal
Management and Promotion of Electronic Government Services).

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for
ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. §
300aa (2012).

of compensation ("Proffer") indicating petitioner should be awarded $148,963.08 (comprised of $140,000.00 for pain and suffering and $8,963.08 for out-of-pocket medical expenses and medical mileage). Proffer at 1. In the Proffer, respondent represented that petitioner agrees with the proffered award. *Id.* at 2. Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $148,963.08 (comprised of $140,000 for pain and suffering, and $8,963.08 for out-of-pocket medical expenses and medical mileage) in the form of a check payable to petitioner, Kellee Matlock.** This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Nora Beth Dorsey**
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

_____

)
KELLEE MATLOCK,            )
           )
    Petitioner,        )     No. 18-868V   ECF
           )
    v.        )     Chief Special Master Dorsey
           )
SECRETARY OF HEALTH     )
AND HUMAN SERVICES,     )
           )
    Respondent.      )
_____ )

## PROFFER ON AWARD OF COMPENSATION[1]

### I.    Procedural History

On June 19, 2018, Kellee Matlock ("petitioner") filed a petition for compensation

("petition") under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -

34, *as amended*. She alleges that, as a result of receiving the influenza vaccine on July 14, 2017,

she suffered from a left shoulder injury related to vaccine administration ("SIRVA"). Petition.

On July 2, 2019, respondent filed his Vaccine Rule 4(c) report, conceding SIRVA as a Table

injury. On July 3, 2019, the Chief Special Master issued a ruling on entitlement, finding that

petitioner was entitled to compensation for SIRVA.

### II.    Items of Compensation

Based upon the evidence of record, respondent proffers that petitioner should be awarded

a lump sum of **$148,963.08,** for all damages, comprised of $140,000.00 for pain and suffering,

and $8,963.08 in out-of-pocket medical expenses and medical mileage ($8,322.14 in out-of-

---

[1] This Proffer does not include attorneys' fees and costs, which the parties intend to
address after the Damages Decision is issued.

pocket expenses and $640.94 in medical mileage), paid in the form of a check to petitioner. This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

## III. Form of the Award

Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment of **$148,963.08** in the form of a check payable to petitioner.[2] Petitioner agrees.

---

[2] Should petitioner die prior to entry of judgment, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering, and the parties reserve the right to move the Court for appropriate relief.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Deputy Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Assistant Director
Torts Branch, Civil Division

*/s/Jeffrey T. Sprague*
JEFFREY T. SPRAGUE
Trial Attorney
Torts Branch, Civil Division
U. S. Department of Justice
P.O. Box l46, Benjamin Franklin Station
Washington, D.C.  20044-0146
Direct dial: (202) 616-4179
Fax: (202) 616-4310

Dated:  September 13, 2019